JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KENNETH TAYLOR, | No. CV 14-07420-PSG (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN TAMPKINS, | |
| Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 4, 2015

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE